**No. 54866.**—M. Adler's Son, Inc., et al. *v.* United States, protests 147770–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

**No. 54867.**—Indo American Trading Co. et al. *v.* United States, protests 157928–K, etc. (New York).

Opinion by MOLLISON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE SECOND DIVISION, NOVEMBER 21, 1950

**No. 54868.**—Allied Motorcycle Distributors, Inc., et al. *v.* United States, protests 146737–K, etc. (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54869.**—Bludworth Marine and S. S. Sarna *v.* United States, protests 149724–K and 151013–K (New York).

Opinion by LAWRENCE, J. The protests were dismissed.

**No. 54870.**—Marr Duplicator Co. et al. *v.* United States, protests 820563–G, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

**No. 54871.**—N. G. Basevi, Inc. *v.* United States, protests 159598–K, etc. (New York).

Opinion by RAO, J. The protests were dismissed.

BEFORE THE THIRD DIVISION, NOVEMBER 21, 1950

**No. 54872.**—Harry Arikian et al. *v.* United States, protests 145562–K, etc. (New York).

Opinion by EKWALL, J. It was stipulated that the Federal Reserve bank certified dual rates of exchange for the currencies involved in the liquidation of the entries for the dates of exportation of the merchandise covered by the entries and that the circumstances relating to the liquidation of the said entries are similar in all material respects to those in Abstract 54732. In view of this stipulation and following the cited decision it was held that the currencies of the invoices covered by certain enumerated entries should have been converted in the manner directed by the judgment of this court in said Abstract 54732, in accordance with Bureau of Customs Circular Letter No. 2675, dated October 19, 1949.